# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------------------------

| | |
|---|---|
| DANIELE BOLDRINI aka DANIELE ) | |
| Argentati BOLDRINI aka Daniele Boldrini ) | Case No. 3:22 _cv 6 2 0_ |
| Petitioner, ) | |
| v. ) | |
| ) | Luz. Co. Case N. 2021-10570 |
| LUZERNE COUNTY ) | |
| 200 N. River Road ) | Luz. Co. Case N. 2021-10814 |
| Wilkes Barre PA 18711 ) | |
| ) | **FILED** |
| 1900 CAPITAL TRUST II, by ) | **SCRANTON** |
| 7101 Wisconsin Ave Ste 1012 ) | |
| BETHESDA, MD 20814 ) | APR 2 8 2022 |
| Respondents, ) | |
| | PER_____ |
| | DEPUTY CLERK |

-----------------------------------------------------------------------------------

# NOTICE OF REMOVAL
# TO FEDERAL COURT

Petitioner pro-se "Daniele Boldrini aka Daniele *Argentati* Boldrini aka Daniele A.

Boldrini," (herein referred as to "Daniele") with the Consent of "Antonello Boldrini",

(referred as to "Antonello") his father, which waiting for leave the court permission

in the light of the USDC for MD of PA Honorable Judge Malachy Mannion (Doc.79)

entered on April 13, 2022, that remanded the November 26, 2021 "First Removal",

hereby pursuant to 28 USC 1446(b)(3) Remove to the United States District Court

For the Middle District of Pennsylvania, Scranton, the above Luzerne County CCP

captioned "State Case N. 2021-10814 and the State Case N. 2021-10570".

1

PARTIES.

PETITIONER

"Daniele_Boldrini_aka_                  Antonello Boldrini
Daniele _A._Boldrini, aka               81, Frothingham Street
Daniele _Argentati _Boldrini"_          Pittston Twp. PA 18640
81, Frothingham Street                  Ph. +1 570-262-5207
Pittston Twp. PA 18640                  boldriniantonello@yahoo.com
Ph. +1 570-504-5892                     Consenter to remove only
boldriniantonello@yahoo.com             NOT  A  PARTY   yet

REPONDENTS

LUZERNE COUNTY  PA.
200 N. River  Street
Wilkes Barre  PA 18711

"1900  CAPITAL  TRUST  II"
7101 Wisconsin Ave. Ste 1012
Bethesda  Maryland  20814

PROPERTY IN CONTROVERSY

Petitioners  Principal-dwelling   since construction on  1994:

Address :      "   81  Frothingham Street,  Pittston,  PA  18640

PIN..............._E11S4 – 14- 6_
County Value   $. 280,000.00

Ownership  JTWROS : "DANIELE A. BOLDRINI   ANTONELLO BOLDRINI

Deed: Recorded  Instrument #. 202165939_  Book _3021  Page _281799_
Previous          Instrument #. 202110640_  Book _3021 Page _47660_
Same owners    Instrument#. 5892786____Book _3009 Page__218678_

Antonello  Land  since _1989 Inst.#_2806111____Book _2306_Page _454____

--------------------------------------------------------------------------------

EMERGENCY REMOVAL

Petitioner Mr. Daniele Boldrini   Residents since February 1994 of "81 Frothingham Street Pittston PA" "property" that, being acquired on 04/19/1989 by Antonello and his late wife Pina Boldrini aka Giuseppina Boldrini (herein referred as to Giuseppina) (7/28/2009) Daniele's Mother, was conveyed since November 2, 2009 by Antonello to Daniele & Antonello, Parent to Child & Parent joint tenants with rights of survivorship ( See DEED Inst#.202110640 Book_3021 Page_47660_containing deeds since 1989), Hereby removes to Federal Court Two  Luzerne County case  and states the following:

The  Petitioner  represent that he will prepare  a proper  Complaint  with the Court  pointing  and adding the necessary parties. Due to emergency.

This is the first step to remove the  two  cases  and attach the  State Court Dockets N. 2021-10570   Luzerne County  v.  Daniele Boldrini  and Antonello Boldrini   and N. 2021-10814  1900 CAPITAL  TRUST  II  v.

This removal  is Pursuant to   28  USC  1441   and  28 USC  1443.

1.  The County Actions N. 2021-10570  base on  the record  on  the  docket was never  served  to  Daniele and Antonello  and  also the  Actions  N. 2021-10814  was improperly  but   improperly on  October  28, 2021, and  on November 10, 2021,

2. These  two cases  must be removed to Federal Court because  Luzerne County Court  violated  the U. S. Constitution  knowingly .

3. Luzerne County and all other defendant deprived of life, liberty, or property, of Petitioner Daniele Boldrini and his father Antonello Boldrini without due process of law; in violation of the 5th. Amendment to U.S. Constitution.

4. The right of the people to " be secure in their persons, houses, in violation of the 4th. Amendment to U.S. Constitution."

5. Luzerne County and all other defendants nor shall any State deprive any person of life, liberty, or property, without due process of law of Plaintiff Daniele Boldrini and his father Antonello Boldrini without due process of law; in violation of the 5th. Amendment to U.S. Constitution.

6. The Defendants knowing that the transaction is designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of my property , and the proceeds of specified unlawful activity;

7. The County Court acted without subject matter jurisdiction and in conspiracy attempted to extort the property of Daniele which is never been a party in any litigation. on alleged case 2016-3597 Federal National Mortgage association

8. The Action filed in the County Court has been filed to mitigate the crime Committed by the Sheriff and Official "to conceal or disguise the nature, and the Ownership.

4

9.    Falsification  of  Sheriff  Service.

10.   Falsification  of records  and Court Documents

11.   Obstruction of Justice  and false statement in Court.

12.   Conspiracy against United States of America pursuant to  923.18 USC #371.

Daniele  Boldrini  seeking relief pursuant to  his rights  deprived  from  the whom it  may  concern.

Attached  are the Docket  of the two cases.

Docket Case  2021- 10570
2021- 10570  *Luzerne  County  v.  Daniele Boldrini  And   Antonello Boldrini.*

Docket Case  2021- 10814
2021- 10814   " *1900 Capital  Trust II  v.  Daniele Boldrini  And  Antonello Boldrini*

SUBMITTED  PRO_SE_ BY

"Daniele *A*. Boldrini_aka_Daniele *Argentati* Boldrini_ aka_Daniele Boldrini,"
81 Frothingham Street
Pittston PA  18640
570-504-5892

---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------

CAUTION  antonello  boldrini   IS * NOT * A* PARTY*!!!!
Antonello Boldrini  signing  ONLY  TO   CONSENT  DANIELE'S  REMOVAL
81 Frothingham Street                          TO  USDC  MD  PA  Scranton.
Pittston PA  18640

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

DANIELE  BOLDRINI aka DANIELE )
Argentati BOLDRINI aka Daniele Boldrini )     Case No. 3:22 _____
                            Petitioner, )
            v. )
 )     Luz. Co. Case N. 2021-10570
LUZERNE COUNTY )
200 N. River Road )     Luz. Co. Case N. 2021-10814
Wilkes Barre PA  18711 )
 )
 )
1900  CAPITAL TRUST  II, by )
 7101  Wisconsin  Ave  Ste 1012 )
 BETHESDA, MD  20814 )
                            Respondents, )

---

# ORDER

# APRIL 13, 2022

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**LUZERNE COUNTY and**　　　　:
**1900 Capital Trust II, by**
**U.S. Bank Trust National Assoc.,**　　:

　　**Plaintiffs**　　　　　　:　　**CIVIL ACTION NO. 3:21-2005**

　　**v.**　　　　　　　　　:
　　　　　　　　　　　　　　　　　　**(JUDGE MANNION)**
**ANTONELLO BOLDRINI, and**　　:
**DANIELE A. BOLDRINI,**

　　　　　　　　　　　　:

　　**Defendants**　　　　　　:

## O R D E R

Initially, the court will direct the clerk to correct the docket in this case since the parties' designation as "plaintiff" and "defendant" are incorrect. It appears, upon removal from the state court by defendants Antonello Boldrini, and his son, Daniele A. Boldrini, (collectively "Boldrinis"), erroneously captioned themselves as the *"plaintiffs"* in their notice of removal filed in federal court. (Doc. 1). If they were plaintiffs, they would have had no right or authority to remove this case to federal court. *See* Stanley v. Lowe's Companies, Inc., 2020 WL 1531387, at *2 (D. N.J. Mar. 31, 2020) ("A *defendant* may remove a civil action filed to federal court if the federal court would have original jurisdiction to hear the matter in the first instance."(emphasis added)) (citing 28 U.S.C. §1441(a); Boyer v.

1

Snap-on Tools Corp., 913 F.2d 108, 111 (3d Cir. 1990)). As such, the clerk of court is directed to correct the caption on this case as reflected above.

Briefly as a backdrop, this case was originally filed as two separate actions, one brought by plaintiff Luzerne County, and one brought by plaintiff 1900 Capital Trust II, by U.S. Bank Trust National Association, ("Capital Trust"), in the Court of Common Pleas of Luzerne County against the two Boldrini defendants. Both actions arose from a judgment entered against Boldrinis in a mortgage foreclosure case and the sale of their real property pursuant to a Sheriff's Sale that was subjected to the mortgage held by Capital Trust.

Boldrinis, as state court defendants, then filed in this court a "Removal to Federal Court", (Doc. 1), in which they removed the two separate state court actions, and improperly re-cast themselves as the "*plaintiffs*" even though both Boldrinis were, in fact, defendants in each of the state court actions. Unfortunately, when the clerk of court docketed this case, the error in the caption was not noted and Boldrinis were then improperly listed as the "*plaintiffs*" instead of the "*defendants*", and the actual plaintiffs were listed as the defendants.

Presently before the court is the report and recommendation of Chief Magistrate Judge Mehalchick, (Doc. 67), filed on February 24, 2022, which

addresses several pending motions, including, motions to remand to the Court of Common Pleas of Luzerne County filed by plaintiffs Capital Trust and Luzerne County, (Doc. 4, Doc. 14), as well as a motion for removal, two motions for extension of time, and a motion for reconsideration filed by the Boldrini defendants. (Docs. 17, 19, 57 & 58). The report recommends that Capital Trust's and Luzerne County's motions to remand, (Doc. 4, Doc. 14), be granted, and that Boldrinis' motion for removal, (Doc. 19), be denied. The report also recommends that Boldrinis' motions for extension of time and reconsideration be struck as moot, (Doc. 17, Doc. 57, Doc. 58). In particular, the report recommends that this case be remanded to the Court of Common Pleas of Luzerne County since "[Boldrinis] have failed to allege either diversity jurisdiction or federal question jurisdiction."

Also pending are two motions filed by Boldrinis after the report was filed, namely, a motion for an extension of time to file a motion for leave of court to file an amended complaint and add 35 new defendants to this case, (Doc. 68), and a motion, (Doc. 78), to stay the order of this court granting Boldrinis an extension of time until April 1, 2022 to file objections to the report pending resolution of their motion, (Doc. 72), to reinstate their appeal of a magistrate judge's decision, (Doc. 61).

3

Additionally, the report states, (Doc. 67 at 1-2), "Capital Trust [also] avers that removal by [Boldrinis] is improper as it violates a previous Order from the Court enjoining Antonello Boldrini from filing an action without leave of Court."[1]

The undersigned has reviewed Judge Mariani's Order issued on December 9, 2019, (Doc. 122, 19-CV-1576), almost two years before the Boldrinis filed their "Removal to Federal Court", (Doc. 1), on November 26, 2021. No doubt that the Boldrinis were well-aware of Judge Mariani's December 9, 2019 Order when they removed the instant case to federal court. (*See* Doc. 122 at 3 n. 1, 19-CV-1576). The court finds that Boldrinis' filing, which relates to the same claims against Capital Trust that were raised in the 2016-3597 Luzerne County Court case, constitute a filing of a new case by Boldrini, without leave of court, in violation of Judge Mariani's

---

[1] The report did not address this issue in the body but noted, (Doc. 67 at 2 n. 1), as follows:

The Court recognizes Judge Mariani's Order [Doc. 122, 19-cv-1576] enjoining Antonello Boldrini "from filing, without leave of Court, any new case in this Court arising in connection with or relating to the facts and claims" of his state mortgage foreclosure proceedings. (Doc. 4, at 12-13); *1900 Capital Trust II by U.S. Bank Trust Nat'l Ass'n v. Boldrini*, No. 3:19-cv-01576 (M.D. Pa. Dec. 9, 2019), ECF No. 122. The Court notes that Antonello Boldrini has not demonstrated that he sought leave of Court to remove this case and that his actions are in violation of Judge Mariani's Order.

4

December 9, 2019 Order. The court also finds that the record demonstrates that Boldrini, by filing the present case in federal court, has clearly violated Judge Mariani's December 9, 2019 Order enjoining him from filing any new case in this court relating to the mortgage foreclosure proceedings with Capital Trust without first submitting, by mail, his notice of filing to Judge Mariani and seeking the Judge's pre-docketing review and authorization before filing his case. Thus, Boldrini has failed to abide by the court's directive.

As such, the court **REMANDS** this case, **(Doc. 1)**, since it was filed by Boldrini in federal court without prior authorization in violation Judge Mariani's December 9, 2019 Order. *See* Danihel v. Office of President, 640 Fed.Appx.185 (3d Cir. 2016) (finding that district court did not abuse its discretion in dismissing plaintiff's case that violated the court's filing injunction issued against plaintiff even though "the causes of action listed in [plaintiff's] [second complaint] are labeled differently than those in the first complaint, [since] the two complaints effectively make the same substantive arguments.") (citing Jarbough v. Att'y Gen., 483 F.3d 184, 189 (3d Cir. 2007) ("We are not bound by the label attached by a party to characterize a claim and will look beyond the label to analyze the substance of a claim.")).

5

The court also **DISMISSES AS MOOT** all of the other pending matters filed in this case, namely, **(Docs. 4, 14, 17, 19, 57, 58, 67, 68, 72 & 78)**.

The clerk of court is directed to **CLOSE** this case.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: April 13, 2022**
21-2005-02

6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------------

DANIELE  BOLDRINI aka DANIELE          )
Argentati BOLDRINI aka Daniele Boldrini )      Case No. 3:22 _____
      Petitioner,          )
    v.                              )
           )      Luz. Co. Case N. 2021-10570
LUZERNE COUNTY                          )
200 N. River Road                       )      Luz. Co. Case N. 2021-10814
Wilkes Barre PA  18711                  )
           )
1900  CAPITAL TRUST  II, by             )
7101  Wisconsin  Ave  Ste 1012          )
BETHESDA, MD  20814                     )
      Respondents,       )

---------------------------------------------------------------------------------

# Property Deed

# 10/08/2021

Instrument #.  202165939_

Book_3021   Page_281799_

Commonwealth of Pennsylvania

Luzerne County

} ss

I, **Joan Hoggarth**, Clerk of Records in and for Luzerne County,

Pennsylvania, do hereby certify the following instrument to be a true and

correct copy of a

**Deed Exempt**

**DANIELE A. BOLDRINI & ANTONELLO**

from   **BOLDRINI**

to   **DANIELE A. BOLDRINI & ANTONELLO BOLDRINI**

as the same was filed of record on ___October 8, 2021___ *in* Record Book

No. ___3021___ , commencing at page ___281799___

and ending on page ___281807___ in my office.

WITNESS my hand and official seal
at Wilkes-Barre, PA, this ___13th___ day of ___October___ ,2021.



_Joan Hoggarth_____ Clerk of Records

### JOAN HOGGARTH
### LUZERNE COUNTY CLERK OF RECORDS
### DIVISION OF JUDICIAL SERVICES AND RECORDS



Recorder of Deeds Division
Luzerne County Courthouse
200 N. River Street
Wilkes-Barre, PA  18711
(570) 825-1641

**RETURN DOCUMENT TO:**
ANTONELLO BOLDRINI
81 FROTHINGHAM STREET
PITTSTON TOWNSHIP, PA 18640
PHONE: (570) 504-5892

Instrument Number - 202165939
Recorded On 10/8/2021 At 1:52:52 PM
* Instrument Type - DEED EXEMPT
Invoice Number - 1107717     User ID: MJH          *Total Pages - 9
* Grantor - BOLDRINI, DANIELE A  BOLDRINI, DANIELE ARGENTATI
* Grantee - BOLDRINI, DANIELE A  BOLDRINI, ANTONELLO
* Customer - ANTONELLO BOLDRINI

* FEES
```
PA WRIT TAX              $0.50
JCS/ACCESS TO JUSTICE   $40.25
COUNTY RECORDING FEE    $21.50
COUNTY ARCHIVES FEE      $2.00
RECORDER'S ARCHIVES FEE  $3.00
HOUSING TRUST FUND      $13.00
TOTAL PAID             $80.25
```

I hereby CERTIFY that this document is
Recorded in the Recorder of Deeds Office
of Luzerne County, Pennsylvania



Joan Hoggarth
Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER
E11S4-14-6-T
Total Property Identification Numbers: 1

## THIS IS A CERTIFICATION PAGE

# Do Not Detach

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* ~ Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - **202165939**     BOOK: 3021  PAGE: 281799

CERTIFIED PROPERTY IDENTIFICATION NUMBER

MUNICIPALITY Pittston twp.

PIN MAP E11S4  BLOCK 14  LOT 6

TRANSFER √  DIVISION

DATE 10/8/2021

MAPPING CLERK

Parcel Identification Number : 51-E11S4 -014- 006-000

Property TAX Description : 51-C-65-D12-R-D89-6

# *"WE THE PEOPLE"*
# DEED

Made this 7th day of October in the year of our Lord Two-Thousand-Twenty-One (2021),

BETWEEN "DANIELE A. BOLDRINI & ANTONELLO BOLDRINI, his father , as owners joint tenants with rights of survivorship (JTWROS)" since 11/02/2009_inst.# 5892786_ confirmed on 03/28/2017_inst.# 201716213_ of this property 81 Frothingham Street Pittston Township Luzerne County, PA 18640 , United States of America, and residents since 1994,

GRANTORS

A-N-D

"DANIELE A. BOLDRINI & ANTONELLO BOLDRINI, his father, as owners jointly tenants with rights of survivorship (JTWROS)" since 11/02/2009 inst.# 5892786_ confirmed on 03/28/2017_inst.# 201716213_ of this property 81 Frothingham Street Pittston Township Luzerne County, Pennsylvania 18640 , United States of America, and residents since 1994,

GRANTEES

WITNESSETH, that *without-consideration* for the purpose of confirming title to real estate as *"Parent-To -Child & Parent*" as "joint tenants with rights of survivorship (JTWROS)" [Pursuant to 61 Pa Code # 91.152 (a) (1)(2) to confirm & specify that they hold the property individually interest of 100 % each that is identical to the property interest intended to pass with the Original Deed that was· recorded dated_ November·02/ 2009_ Book_3009_Page_218678_ and confirmed on the later Deeds recorded on 03/28/2017_Book_3017_56845 & on 06/29/2018_ Book_3018_Page_119988_ & on_08/23/2018_Book_3018_Page_158965_ & the latest made on _02/19/2021_Book_3021_Page_47660_(63 pp.) having attached all DEEDS to 1993,including transfer of title to real estate by operation of law as a result of an existing survivorship interest...

THE GRANTORS convey to the GRANTEES , theirs Heirs and Assigns,

ALL the surface or right of soil of and in all that certain lot, piece or parcel of land situate, lying and being in the Township of Assigns Pittston, County of Luzerne and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEING at a point in the Southwesterly line of Frothingham Street, said point of beginning being fifty-five and on no- hundredths (55.00) feet distant Northwesterly as measured along said line of Frothingham Street from the Northerly corner of lot No. 126 on Frothingham Street as per map of Pennsylvania Coal Company;

REC Book 3021 Page 281800       2

THENCE South 33 degrees 1 minute West, passing through Lot No. 122, a distance of one hundred seventeen and seventy-five one-hundredths (117.75) feet to the Northwesterly line of an alley;

THENCE North 56 degrees 59 minutes West, along said line of said alley seventy and no one-hundredths (70.00) feet to a point;

THENCE North 33 degrees 1 minute East, passing through Lot No. 120 a distance of one-hundred seventeen and seventy five one hundredths (117.75) feet to the Southwesterly line of Frothingham Street;

THENCE South 56 degrees 59 minutes East, along said last mentioned line, seventy and no one-hundred (70.00) feet to the place of beginning.

CONTAINING an area of eight thousand two hundred-forty two and no one-hundredths (8,242.00) square feet, more or less; being the Northwesterly rectangular forty-five and no one-hundredths (45.00) feet of Lot No. 122 and the Southeasterly rectangular twenty-five and no one-hundredths (25) feet of Lot No. 120 on Frothingham Street as per map of Pennsylvania Coal Company and comprising a portion of "PARCEL NO. 2" in conveyance from Pennsylvania Coal Company to Joseph E. Stella and Clare Stella, his wife, dated September 26, 1968

And,

BEING the same premises was conveyed to Antonello Boldrini and Pina Boldrini, his wife, by Deed of Joseph E. Stella and Clare Stella, his wife, dated April 13, 1989, and recorded in the office of the Recorder of Deeds in and for Luzerne County in Pennsylvania Deed Book _2306_ at Page _454_;

And

BEING the same premises was conveyed to Antonello Boldrini & Giuseppina Boldrini, his wife, by Deed of Antonello Boldrini and Pina Boldrini, his wife, dated July 20, 1993, and recorded in the office of the Recorder of Deeds in and for Luzerne County Pennsylvania in Deed Book _2462_ at Page _1058_;

And

BEING the same premises was conveyed to Antonello Boldrini by operation of the law for entirety as survivor to Giuseppina Boldrini, his wife, death, 7/28/2009, property at recorder of Deeds in and for Luzerne County Pennsylvania in Deed Book _2462_ at Page _1058_;

3

And

BEING the same premises was conveyed to Antonello Boldrini, & Daniele A. Boldrini, "parent & child" (Daniele is the son of Giuseppina Boldrini & Antonello Boldrini ] by a DEED made pro-se of Antonello Boldrini & Daniele Boldrini dated November 2, 2009, ................ and recorded in the office of Recorder of Deeds of Luzerne County Pennsylvania Deed_Book_3009_at Page_218678_ Instrument #5892786_

And,

BEING the same premises was conveyed to same Daniele Argentati Boldrini & Antonello Boldrini, joint tenants with rights of survivorship (JTWROS), by DEED of same "Daniele A. Boldrini & Antonello Boldrini" dated March 28, 2017, ........................................:..and recorded in the office of Recorder of Deeds in and for Luzerne County Pennsylvania Deed_Book_3017_ at Page_56845_; Instrument #201716213_

And,

BEING the same premises was conveyed to same Daniele A. Boldrini & Antonello Boldrini, as joint tenants with rights of survivorship (JTWROS), by Deed of the same "Daniele Argentati Boldrini & Antonello Boldrini", dated June 29, 2018, ...........................................and recorded in the office of Recorder of Deeds in and for Luzerne County Pennsylvania . Deed_ Book_3018_ at Page_119988_Instrument #201834769_

And,

BEING the same premises was conveyed to same Daniele A. Boldrini & Antonello Boldrini as joint tenants with rights of survivorship (JTWROS), by Deed of the same Daniele A. Boldrini & Antonello Boldrini dated August 23, 2018, ..............................................and recorded in the office of Recorder of Deeds in and for Luzerne County Pennsylvania Deed_ Book_3018_ at Page_158965__ Instrument # 201845668_

And

BEING the same premises conveyed to same Daniele Argentati Boldrini & Antonello Boldrini as joint tenants with rights of survivorship (JTWROS) by Deed of the same Daniele A. Boldrini & Antonello Boldrini dated February 19, 2021,..............................................and recorded in the office of Recorder of Deeds in and for Luzerne County Pennsylvania Deed_ Book_3021_ at Page_47660__ Instrument #202110640_, of Total 63. Pages_

4

SUBJECT to the same exceptions, reservations, restrictions, and agreements as contained in prior Deeds in chain of title.

THIS is a conveyances between child & father as joint tenancy with right of survivorship (JTWROS) and is therefore transfer tax exempt.

THIS Deed of Confirmation is made "without consideration for the purpose of confirming title to real estate under original recorded document, including a deed that only asserts transfer of title to real estate by operation of the law as a result of an existing survivorship interest, and it, is not taxable .

THIS is last "Confirmation/ Correctional Deed" after 02/19/2021 and as the original of 11/02/2009 made by Antonello Boldrini & Daniele A. Boldrini re 81 Frothingham Street Pittston PA 18640 Father & Child Conveyance Deed generated after 07/28/2009's Conveyance Act by operation of law since the 07/20/1993's-and- 04/13/1989 deeds for entirety between husband and late wife and, pursuant to 61 Pa. Code 91.151 (a)(1), and it is therefore transfer tax exempt.

THE PURPOSES of the within Deed [under 061-Pa. Code 91.151(a)(1;)-&-91.152(1)], are:

91.151(a)(1;)- The grantee of the deed of confirmation held or holds record title to the property interest described in the deed of confirmation under a prior deed.

91.151(a)(2;)- The deed of confirmation is made solely for the purpose of making the grantee's record legal title under the prior deed sure and unavoidable.

(1) To Confirm the original Deeds made on November 02/2009_ Book-3009_Page-218678_ and to Correct deed dated _03/28/2017_ Book_-3017_Page-56845_ and_ dated on_06/29/2018_ Book-3018_ Page_119988_and_dated _08/23/2018_Book-3018_Page-158965, and _the last one dated_ February_02/19/2021_Book_3021_Page_47660_ Instrument # 202110640_ (63 pp).

(2) To Make Annotation asserting the transfer of title on July 28, 2009 of the same premises to Antonello Boldrini by Operation of Law as a result of the existing survivorship interest with his wife by including the copies of 2009' Certificate of Death and the Deed of Antonello Boldrini and Pina Boldrini, his wife, dated July 20, 1993, recorded in the office of the Recorder of the Deeds in and for Luzerne County Pennsylvania in the Deed_Book_2462_ at Page_1058_;

And,

5

3) To mention to the record the affidavits by Federal National Mortgage Association Fannie Mae dated 08/24/2016/ and by PROF 2013 Legal Title Trust II US Bank dated 04/11/2018 that declares that they had no interest on the property 81 Frothingham Street Pittston Pa 18640 and neither have been the alleged Plaintiff alleged by Martha E. Von Rosenstiel P. C. lawyers of the foreclosure action commenced on 01/10/2017 in Luzerne County n. 2016-3597 Federal National Mortgage Association Fannie Mae v Antonello Boldrini and neither in any other state or federal nor Appellate Court of USA based on fraudulent documents recorder in conspiracy. [ See 150 pp. Instrument_201834022_ Book_3018_Page _117166_ ( page 5 & page 11)]

And,

(4) To Make Annotation that since March 31. 2018 any security interest alleged on the premises Under & Thereafter to Chase loan #1764018817_Inst._5496919_ _ Book_3003_Page_72745_.,
& 2010 Alleged Modification loan #1764018817_Inst._5916884_ _ Book_3010_Page_86265_.,
& 2015 Alleged Modification loan #1764018817_Inst._201519669_Book_3015_Page_71155_.,
& 2016 Alleged Assignment /mtg. #1764018817_Inst._201637440_Book_3016_Page_132323_,
& 2017 Alleged Assignment /mtg. #1764018817_Inst._201702545_Book_3017_Page_10048_
& 2019Alleged Assignment /mtg. #1764018817_Inst._201909992_Book_3019_Page_29796_
BECAME all VOID by Operation of Law due to Antonello Boldrini's Rescission Notices sent properly to #31 people pursuant to the U. S. Supreme Court opinion in *Jesinoski v. Countrywide Home Loans, Inc.*(2015) *"The Notice Mailed is the Rescission its self ,"* & miscellaneous dossier of 150 pp. has been officially recorded Instrument _201834022_ Book_3018_Page _117166_

(5) To register a chain of 50 years Deeds back to 1968 Pa Coal Company. `

And,

6) TO REPORT being victims of crimes and IDENITY THEFT as reported since July 2020, to PITTSTON TWP. POLICE 421 Road Street Pittston TWP PA 18640 that since" on 2019 February Individuals allegedly Michael Niccolini" from Bethesda MD 20814 7101 Wisconsin Avenue Suite 1012 after making a fraudulent hard Inquire on 10/10/2018 stealing my S.S.# and other personal informations changing my Name as to "Antonello BOLDRINII ( two I ) and my address 2 W. Olive St. Scranton Pa 18506 scamming a Banks Fraud and Swindles pursuant to Title 18 United States Code Sect. 1341. Antonello filed a complaint with the FTC,

7) TO REPORT Fraud on fabricated assignment PVK Properties# Inst.202100039 01/04/2021
FOR WHICH HAS BEEN POSSIBLE TO DISCOVER WHO IS BEHIND
Appear that THE GOVERNAMENT IS MANIPULATED BY RACKETEERING

THE FACT that Pittston TWP. Police.
refused sine 2020 to provide Police Report asking for Subpoena & Judge Gelb Quashed the Subpoena on August 2021 ( Actually She Quashed 19 Subpoena) that include information from the United States Postal Service on Mail Fraud of Attorney of HILL WALLACK LLP related to False Service sworn on 3/18/2021 filed in the Case 2016-3597 for which Mr. Brian Szumski, in attempting to cover-up "the organization", knowingly & purposely as cold blood Hit-Man in ATTEMPTING TO STEAL PROPERTY FROM HEREIN "GRANTEES & GRANTORS

# GOD SAVE AMERICA

Parcel Identification Number: 51-E11S4 -014 -006-000-
Property TAX Description : 51-C-65-D12-R-D89-6

THIS DOCUMENT MAY NOT SELL, CONVEY, TRANSFER, INCLUDE OR INSURE
THE TITLE TO THE COAL AND RIGHT OF SUPPORT UNDERNEATH THE SURFACE
LAND DESCRIBED OR REFERRED TO HEREIN, AND THE OWNER OR OWNERS OF
SUCH COAL MAY HAVE THE COMPLETE LEGAL RIGHTS TO REMOVE ALL OF
SUCH COAL ANS, IN THAT CONNECTION, DAMAGE MAY RESULT TO THE
SURFACE OF THE LAND AND ANY HOUSE, BUILDING OR OTHER STRUCTURE ON
OR IN SUCH LAND. THE INCLUSION OF THIS NOTICE DOES NOT ENLARGE,
RESTRICT OR MODIFY ANY LEGAL RIGHTS OR ESTATES OTHERWISE CREATED,
TRANSFERRED, EXCEPTED OR RESERVED BY THIS INSTRUMENT.

And the said Grantors for the above Will Warrant Specially the property hereby conveyed.

In Witness Whereof, the Grantors have hereunto set their hands and seals the day and year
first above written.

Signed, Sealed and Delivered in the Presence of:

October 7, 2021

_DANIELE A. BOLDRINI a.k.a. DANIELE ARGENTATI                    )SEAL
BOLDRINI ~~a.k.a. DANIELE ARGENTATI~~                            witness
          D.A.B    AB

_ANTONELLO  BOLDRINI_                                            )SEAL
                                                                WITNESS

7

Parcel Identification Number : 51-E11S4 -014- 006-000
Property TAX Description : 51-C-65-D12-R-D89-6

Prepared by:

ANTONELLO BOLDRINI & DANIELE A. BOLDRINI
81 Frothingham Street
Pittston Twp, PA 18640
570-262-5207; 570-504-5892
boldriniantonello@yahoo.com

---

COMMONWEALTH OF PENNSYLVANIA )
                                )  ss.
        COUNTY OF LUZERNE

On this, 7<u>th</u> day of October , A. D. <u>2021,</u> before me, a Notary Public, the undersigned Officer, personally appeared ANTONELLO BOLDRINI AND DANIELE A. BOLDRINI A.K.A. DANIELE ARGENTATI BOLDRINI known to me (or satisfactory proven) to be the person whose names are subscribed to the within instrument, and acknowledge that he executed the same for the purposes therein contained with their current address at  81 Frothingham Street Pittston Township Pennsylvania 18640.

In Witness Whereof, I hereunto set my hand and official seal.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Joseph J. Mirenzi, Notary Public
Luzerne County
My commission expires October 21, 2023
Commission number 1113598
Member, Pennsylvania Association of Notaries

REV-183 EX (04-10)



**pennsylvania**
DEPARTMENT OF REVENUE
Bureau of Individual Taxes
PO BOX 280603
Harrisburg, PA 17128-0603

## REALTY TRANSFER TAX STATEMENT OF VALUE
### 202165939
See reverse for instructions.

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | 0 |
| Book Number | 3021 |
| Page Number | 281799 |
| Date Recorded | 10/8/21 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. If more space is needed, attach additional sheets.

### A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | Telephone Number: |
|---|---|
| DANIELE A. BOLDRINI & ANTONELLO BOLDRINI | (570) 504-5892 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 81 FROTHINGHAM STREET | PITTSTON TWP. | PA | 18640 |

### B. TRANSFER DATA
### C. Date of Acceptance of Document 10/07/21

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| DANIELE A. BOLDRINI & ANTONELLO BOLDRINI | DANIELE A. BOLDRINI & ANTONELLO BOLDRINI |

| Mailing Address | Mailing Address |
|---|---|
| 81 FROTHINGHAM STREET | 81 FROTHINGHAM STREET |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| PITTSTON | PA | 18640 | PITTSTON | PA | 18640 |

### D. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 81 FROTHINGHAM STREET | PITTSTON TWP |

| County | School District | Tax Parcel Number |
|---|---|---|
| LUZERNE | PITTSTON AREA SCHOOL | 51-E11S4-014-006-000 |

### E. VALUATION DATA – WAS TRANSACTION PART OF AN ASSIGNMENT OR RELOCATION? ☐ Y ☐ N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 0.00 | +0.00 | = 0.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
|---|---|---|
| 250,000 | x 1.12 | = 250,000 |

### F. EXEMPTION DATA

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| 100.00 | 100.00 % | 100.00 % |

**Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____
                                        (Name of Decedent)            (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
    If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☒ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☐ Other (Please explain exemption claimed.) _____

Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| _(signature)_ | 10/08/21 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

DANIELE  BOLDRINI aka DANIELE          )
Argentati BOLDRINI aka Daniele Boldrini )        Case No. 3:22 _____
              Petitioner,     )
    v.                              )
                      )        Luz. Co. Case N. 2021-10570
LUZERNE COUNTY                         )
200 N. River Road                      )        Luz. Co. Case N. 2021-10814
Wilkes Barre PA  18711                 )
                      )
1900  CAPITAL TRUST  II, by            )
7101  Wisconsin  Ave  Ste 1012         )
BETHESDA, MD  20814                    )
            Respondents,     )

---

# Property Deed

# 11/02/2009_

Instrument#.  5892786____Book_ 3009 Page__218678_

ORIGINAL

**Commonwealth of Pennsylvania** }

ss

**Luzerne County** }

I, **Joan Hoggarth**, *Clerk of Records in and for Luzerne County,*

*Pennsylvania, do hereby certify the following instrument to be a true and*

*correct copy of a*

**Deed Exempt**

*from*     **ANTONELLO BOLDRINI**

*to*     **DANIELE BOLDRINI AND ANTONELLO BOLDRINI**

*as the same was filed of record on*     November 2, 2009     *in*   Record   Book

*No.*    3009    *, commencing at page*    218678

*and ending on page*    218681    *in my office.*

*WITNESS my hand and official seal*
*at Wilkes-Barre, PA, this*     6th     *day of*     August     *,2021.*



Joan Hoggarth

_____  Clerk of Records

# BILL OF SALE

## STATE OF PENNSYLVANIA, COUNTY OF LUZERNE

Know All Men By These Presents, that in this Second Day of November, Two Thousand and Nine, **ANTONELLO BOLDRINI**, of 81 Frothingham Street, Pittston Twp., PA 18640, **SURVIVING SPOUSE of GIUSEPPINA BOLDRINI**, from the same address, Deceased on July 28-09, for and Consideration of payment of the sum of $ 1.00 (One Dollar) paid by check#1870, do hereby grant, bargain, sale and convey to **DANIELE BOLDRINI  and ANTONELLO BOLDRINI**, of 81 Frothingham Street, Pittston Twp., PA 18640, and theirs, executors, administrators, successors and assigns the following property:

All House Items, and All Other Contents belonging to Giuseppina Boldrini and Antonello Boldrini located at Eugene and Marianne Cameli residence,76 Frothingham Street Pittston Twp., PA 18640, for storage and safe keeping since 2005.

I, hereby warrant that I am the lawful owner of said property and that I have full legal right, power and authority to sell said property. I further warrant said property to be free from any lien, security interest or other encumbrances ant that I warrant and defend said property hereby sold against any and all persons whomsoever.

IN WITNESS WHEREOF, we, the Seller and Buyers, have hereto set hand and seal this Second Day of November, 2009.

_____
**ANTONELLO BOLDRINI (Seller)**

_____
**DANIELE BOLDRINI  (Buyer)**

_____
**ANTONELLO BOLDRINI (Buyer)**

CERTIFIED PROPERTY IDENTIFICATION NUMBER

MUNICIPALITY Pittston Twp

PIN MAP 21134 BLOOK 14 LOT 6

TRANSFER DATE 11-4-09   DIVISION

MAPPING CLERK

---

## STATE OF PENNSYLVANIA, COUNTY OF LUZERNE

On this  2  day of  November, 2009 before me personally appeared ANTONELLO BOLDRINI, And DANIELE A. BOLDRINI, to me known to be individuals described in and who executed the foregoing instrument, and who duly acknowledged to me that they executed same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan J. Stair, Notary Public
City of Kingston, Luzerne County
My commission expires March 29, 2013

REC Book 3009 Page 218678

ALL the surface or right of soil of and in all that certain lot, piece or parcel of land situate, lying and being in the Township of Pittston, County of Luzerne and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEING at a point in the Southwesterly line of Frothingham Street, said point of beginning being fifty-five and no-hundredths (55.00) feet distant Northwesterly as measured along said line of Frothingham Street from the Northerly corner of Lot No. 126 on Frothingham Street as per map of Pennsylvania Coal Company;

THENCE South 33 degrees 1 minute West, passing through Lot No. 122, a distance of one hundred seventeen and seventy-five one-hundredths (117.75) feet to the Northeasterly line of an alley;

THENCE North 56 degrees 59 minutes West, along said line of said alley seventy and no one-hundredths (70.00) feet to a point;

THENCE North 33 degrees 1 minute East passing through Lot No. 120 a distance of one hundred seventeen and seventy-five one-hundredths (117.75) feet to the Southwesterly line of Frothingham Street;

THENCE South 56 degrees 59 minutes East, along said last mentioned line, seventy and no one-hundredths (70.00) feet to the place of beginning.

CONTAINING an area of eight thousand two hundred forty-two and no one-hundredths (8,242.00) square feet, more or less, being the Northwesterly rectangular forty-five and no one-hundredths (45.00) feet of Lot No. 122 and the Southeasterly rectangular

BOOK 2462 PAGE 1058

*Grantee add.*
*81 Frothingham St.*
*Pittston, PA. 18640*

*Antonella Boldini*

RECORDER OF DEEDS
LUZERNE COUNTY
PENNSYLVANIA

INSTRUMENT NUMBER
5892786

RECORDED ON
Nov 02, 2009
11:05:50 AM
BOOK:REC/3009
PAGE:218678
Total Pages: 4



I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania.

*James Red O'Brien*

JAMES RED O'BRIEN
RECORDER OF DEEDS

| | |
|---|---|
| PA WRIT TAX | $0.50 |
| JCS/ACCESS TO JUSTICE | $10.00 |
| LUZERNE COUNTY RECORDING FEE | $13.00 |
| LUZERNE COUNTY ARCHIVES FEE | $2.00 |
| LUZERNE RECORDER'S ARCHIVES FEE | $3.00 |
| LUZERNE COUNTY HOUSING TRUST FUND | $13.00 |
| TOTAL PAID | $41.50 |

INV: 591969

REC.Book 3009 Page 218680.

REV-183 EX (11-04)



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
PO BOX 280603
HARRISBURG PA 17128-0603

# REALTY TRANSFER TAX
# STATEMENT OF VALUE

### See Reverse for Instructions

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | |
| Book Number | 3009 |
| Page Number | 218678 |
| Date Recorded | 11-2-09 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) when the deed is without consideration, or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on: (1) family relationship or (2) public utility easement. If more space is needed, attach additional sheet(s).

## A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | Telephone Number: |
|---|---|
| ANTONELLO BOLDRINI | (570) 504-5892 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 81 FROTHINGHAM | PITTSTON | PA | 18640 |

## B. TRANSFER DATA      Date of Acceptance of Document

| Grantor(s)/Lessor(s) | Grantee(s)/Lessee(s) |
|---|---|
| ANTONELLO BOLDRINI | ANTONELLO BOLDRINI |
| Street Address | Street Address |
| 81 FROTHINGHAM ST. | 76 FROTHINGHAM ST. |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| PITTSTON | PA | 18640 | PITTSTON | PA | 18640 |

## C. PROPERTY LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 76 FROTHINGHAM ST. | PITTSTON TWP |

| County | School District | Tax Parcel Number |
|---|---|---|
| LUZERNE | PITTSTON AREA | E11S4-14-6 |

## D. VALUATION DATA

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| 1.00 | +   0 | =   1.00 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
|---|---|---|
| 300,700 | X   1 | =   300,700 |

## E. EXEMPTION DATA

| 1a. Amount of Exemption Claimed | 1b. Percentage of Interest Conveyed |
|---|---|
| 100 | 100 |

### 2. Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____ _____
                                         (Name of Decedent)            (Estate File Number)

☐ Transfer to Industrial Development Agency.

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer between principal and agent. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the Commonwealth, the United States and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____, Page Number _____

☐ Corrective or confirmatory deed. (Attach complete copy of the prior deed being corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

☑ Other (Please explain exemption claimed, if other than listed above.) _____
     PARENT TO CHILD & PARENT

_Right margin:_ REC Book 3009 Page 218681

Under penalties of law, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| _[signature]_ Antonello Boldrini | 11-2-09 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH APPLICABLE DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

DANIELE  BOLDRINI aka DANIELE                )
Argentati BOLDRINI aka Daniele Boldrini      )      Case No. 3:22 _____
                              Petitioner,     )
                         v.                   )
                                              )      Luz. Co. Case N. 2021-10570
LUZERNE COUNTY                                )
200 N. River Road                            )      Luz. Co. Case N. 2021-10814
Wilkes Barre PA  18711                       )
                                              )
1900  CAPITAL TRUST  II, by                  )
7101 Wisconsin  Ave  Ste 1012                )
BETHESDA, MD  20814                          )
                         Respondents,         )

---

## STATE  DOCKETS

### 2021-10570

```
James L Haddock, Prothonotary
Printed:  04/28/2022 08:18:38 AM


Case #:          202110570

Rec Date:        10/26/2021  11:00:14 AM
Doc Grp/Desc:    CIV / PETITION

Plaintiff:       LUZERNE COUNTY
                    200 N RIVER STREET
                    WILKES-BARRE, PA 18711


Defendant:       BOLDRINI DANIELE
                    81 FROTHINGHAM STREET
                    PITTSTON PA  18640
                 BOLDRINI ANTONELLO
                    81 FROTHINGHAM STREET
                    PITTSTON PA  18640




---- DOCKET ITEMS -----
Rec Date       Description
_____     _____
10/26/2021     PETITION
               Comment: TO VOID DEED
               Fee: $170.75
10/26/2021     AOPC COVER SHEET
               Fee: $0.00
10/26/2021     RULE
               Fee: $0.00
10/26/2021     PROPOSED ORDER
               Fee: $0.00
10/26/2021     EXHIBITS
               Fee: $0.00
10/26/2021     CERTIFICATE OF SERVICE
               Fee: $0.00
10/26/2021     BRIEF
10/26/2021     CERTIFICATE OF SERVICE
10/26/2021     PROPOSED ORDER
               Fee: $0.00
10/26/2021     PETITION - SUBSEQUENT FILING
               Fee: $0.00
10/26/2021     MEMORANDUM OF LAW
               Fee: $0.00
11/04/2021     SHERIFFS SERVICE
11/17/2021     MOTION
```

|  | Comment: EMERGENCY |
| --- | --- |
| 11/17/2021 | CERTIFICATE OF SERVICE |
| 11/17/2021 | MOTION |
|  | Comment: EMERGENCY |
| 11/17/2021 | CERTIFICATE OF SERVICE |
| 11/17/2021 | PETITION - SUBSEQUENT FILING |
| 11/17/2021 | CERTIFICATE OF SERVICE |
| 11/24/2021 | PRAECIPE |
| 11/24/2021 | CERTIFICATE OF SERVICE |
| 11/24/2021 | PRAECIPE |
| 11/24/2021 | CERTIFICATE OF SERVICE |
| 11/24/2021 | PRAECIPE |
| 11/24/2021 | CERTIFICATE OF SERVICE |
| 11/24/2021 | PRAECIPE |
| 11/24/2021 | CERTIFICATE OF SERVICE |
| 11/24/2021 | APPEAL TO APELLATE COURT |
|  | Fee: $68.00 |
| 11/24/2021 | CERTIFICATE OF SERVICE |
|  | Fee: $0.00 |
| 11/29/2021 | RULE 236 NOTICE PROVIDED ON |
| 11/29/2021 | ORDER WITH RULE 236 |
| 11/29/2021 | RULE 236 NOTICE PROVIDED ON |
| 11/29/2021 | ORDER WITH RULE 236 |
| 11/29/2021 | RULE 236 NOTICE PROVIDED ON |
| 11/29/2021 | ORDER WITH RULE 236 |
| 11/29/2021 | RULE 236 NOTICE PROVIDED ON |
| 11/29/2021 | CERTIFICATE OF REMITTAL/REMAND OF RECORD |
|  | Comment: NOTICE OF APPEAL SENT TO SUPERIOR COURT 11/29/21 |
| 11/29/2021 | NOTICE OF REMOVAL |
| 11/29/2021 | CERTIFICATE OF SERVICE |
| 11/29/2021 | RESPONSE |
| 11/29/2021 | ORDER WITH RULE 236 |
| 12/06/2021 | PROOF OF SERVICE |
|  | Comment: SUPERIOR COURT RCVD |
| 12/06/2021 | OTHER |
|  | Comment: SUPERIOR COURT DOCKET SHEET (1537 MDA 2021) |
| 12/21/2021 | NOTICE OF REMOVAL |
| 01/19/2022 | BRIEF |
| 02/23/2022 | RULE 236 NOTICE PROVIDED ON |
| 02/24/2022 | ORDER WITH RULE 236 |
| 02/24/2022 | RULE 236 NOTICE PROVIDED ON |
| 03/08/2022 | ORDER |
|  | Comment: SUPERIOR COURT ORDER FILED, APPEAL QUASHED |
| 03/18/2022 | ORDER WITH RULE 236 |
| 03/18/2022 | RULE 236 NOTICE PROVIDED ON |
| 04/18/2022 | ORDER |
|  | Comment: UNITED STATES DISTRICT COURT ORDER DATED 4/13/22 FILED |
| 04/18/2022 | APPEAL TO APELLATE COURT |
|  | Fee: $68.00 |
| 04/18/2022 | CERTIFICATE OF SERVICE |

```
04/19/2022   CERTIFICATE OF REMITTAL/REMAND OF RECORD
             Comment: NOTICE OF APPEAL SENT TO COMMONWEALTH COURT 4/19/22
04/19/2022   ORDER WITH RULE 236
04/19/2022   RULE 236 NOTICE PROVIDED ON
04/22/2022   ORDER WITH RULE 236
04/22/2022   RULE 236 NOTICE PROVIDED ON
04/22/2022   NOTICE
04/22/2022   CERTIFICATE OF SERVICE
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------------

DANIELE  BOLDRINI aka DANIELE          )
Argentati BOLDRINI aka Daniele Boldrini )          Case No. 3:22 _____
                        Petitioner,     )
              v.                        )
                                        )          Luz. Co. Case N. 2021-10570
LUZERNE COUNTY                          )
200 N. River Road                       )          Luz. Co. Case N. 2021-10814
Wilkes Barre PA  18711                  )
                                        )
1900  CAPITAL TRUST  II, by             )
7101  Wisconsin  Ave  Ste 1012          )
 BETHESDA, MD  20814                    )
                        Respondents,    )

---------------------------------------------------------------------------------


STATE   DOCKETS

2021-10814

James L Haddock, Prothonotary
Printed:   04/28/2022 08:13:19 AM

Case #:        202110814

Rec Date:      11/03/2021  03:11:11 PM
Doc Grp/Desc:  CIV / COMPLAINT IN EJECTMENT

Plaintiff:     1900 CAPITAL TRUST II BY US BANK TRUST NATIONAL ASSOCIATION
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
                    7101 WISCONSIN AVE.,
                    STE 1012
                    BETHESDA, MD 20814
               Counsel: FEIN, JILL M

Defendant:     BOLDRINI ANTONELLO
                    81 FROTHINGHAM STREET
                    PITTSTON, PA 18640
               BOLDRINI DANIELE
                    81 FROTHINGHAM STREET
                    PITTSTON, PA 18640\\
               OCCUPANTS
                    81 FROTHINGHAM STREET
                    PITTSTON, PA 18640


---- DOCKET ITEMS -----
Rec Date     Description
----------   -----------
11/03/2021   COMPLAINT IN EJECTMENT
             Fee: $170.75
11/17/2021   SHERIFFS SERVICE
11/17/2021   PETITION - SUBSEQUENT FILING
11/17/2021   CERTIFICATE OF SERVICE
11/24/2021   PRAECIPE
11/24/2021   CERTIFICATE OF SERVICE
11/29/2021   NOTICE OF REMOVAL
11/29/2021   CERTIFICATE OF SERVICE
11/29/2021   CERTIFICATE OF SERVICE
12/01/2021   NOTICE OF REMOVAL
12/21/2021   NOTICE OF REMOVAL
01/19/2022   BRIEF
04/18/2022   ORDER
             Comment: UNITED STATES DISTRICT COURT ORDER DATED 4/13/22 FILED
04/22/2022   NOTICE
04/22/2022   CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

DANIELE  BOLDRINI aka DANIELE          )
Argentati BOLDRINI aka Daniele Boldrini )      Case No. 3:22 _____
                        Petitioner,      )
            v.                           )
                                         )      Luz. Co. Case N. 2021-10570
LUZERNE COUNTY                           )
200 N. River Road                        )      Luz. Co. Case N. 2021-10814
Wilkes Barre PA  18711                   )
                                         )
1900  CAPITAL TRUST  II, by              )
 7101  Wisconsin  Ave  Ste 1012          )
 BETHESDA, MD  20814                      )
                        Respondents,     )

---

# PAPERS IN RECORDS

 **LANDEX**

HOME | SEARCH | MY CART | CHECKOUT | MY ACCOUNT | CONTACT US | HELP

## WEBSTORE - DOCUMENT SEARCH RESULTS

**Add documents to your shopping cart by clicking the "Add to cart" checkbox.**

**Click the "INSTRUMENT NUMBER" for more document data.**

**Displaying records 1 to 2 of 2**
**Go to page: | 1**

| BOOK AND PAGE | TYPE | DATE RECORDED | MUNICIPALITY | INSTRUMENT # | PAGES | PRICE | CART |
|---|---|---|---|---|---|---|---|
| | | | **LUZERNE COUNTY** | | | | |
| BOOK:2285 PAGE:878 | RELEASE OF MORTGAGE | JAN 2, 1998 | DURYEA BOROUGH | 5187463 | 4 | $4.25 | Add to cart ☐ |
| BOOK:2285 PAGE:878 | DEED | SEP 30, 1988 | PITTSTON TOWNSHIP | 2785218 | 4 | $4.25 | Add to cart ☐ |
| BOOK AND PAGE | TYPE | DATE RECORDED | MUNICIPALITY | INSTRUMENT # | PAGES | PRICE | CART |

**Displaying records 1 to 2 of 2**
**Go to page: | 1**

DOCUMENT SEARCH RESULTS
This page requires JavaScript to view properly.

© All Rights Reserved , Optical Storage Solutions, Inc.
Usage of this website is subject to the **Terms of Use** and acceptance of our **Privacy Policy**

**LANDEX**
A Comprehensive System For Records Management

HOME | SEARCH | MY CART | CHECKOUT | MY ACCOUNT | CONTACT US | HELP

## WEBSTORE - DOCUMENT SEARCH RESULTS

**Add documents to your shopping cart by clicking the "Add to cart" checkbox.**

**Click the "INSTRUMENT NUMBER" for more document data.**

**Displaying records 1 to 2 of 2**
**Go to page: | 1**

| BOOK AND PAGE | TYPE | DATE RECORDED | MUNICIPALITY | INSTRUMENT # | PAGES | PRICE | CART |
|---|---|---|---|---|---|---|---|
| | | | **LUZERNE COUNTY** | | | | |
| BOOK:2306 PAGE:454 | MORTGAGE | MAR 20, 1998 | HAZLETON CITY | 5198342 | 3 | $3.50 | Add to cart ☐ |
| BOOK:2306 PAGE:454 | DEED | APR 19, 1989 | PITTSTON TOWNSHIP | 2806111 | 4 | $4.25 | Add to cart ☐ |
| BOOK AND PAGE | TYPE | DATE RECORDED | MUNICIPALITY | INSTRUMENT # | PAGES | PRICE | CART |

**Displaying records 1 to 2 of 2**
**Go to page: | 1**

DOCUMENT SEARCH RESULTS

This page requires JavaScript to view properly.

© All Rights Reserved , Optical Storage Solutions, Inc.
Usage of this website is subject to the **Terms of Use** and acceptance of our **Privacy Policy**

# SHERIFF'S OFFICE OF LUZERNE COUNTY

**Brian M. Szumski**
*Sheriff*

**Joan Hoggarth**
*Director of Judicial Services & Records*



**Romilda P. Crocamo**
*Acting County Manager*

---

1900 CAPITAL TRUST II BY US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE

vs.

~ ANTONELLO BOLDRINI (et al.) _DANIELE BOLDRINI_

**Case Number**
10814-2021

## SHERIFF'S RETURN OF SERVICE

11/10/2021   09:30 AM - DONALD KRESESKI, DEPUTY SHERIFF, FOR SHERIFF OF SAID COUNTY, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THAT ON NOVEMBER 10, 2021 AT 9:30 AM, PREVAILING TIME, HE SERVED THE WITHIN COMPLAINT IN EJECTMENT (CIEJ) UPON ANTONELLO BOLDRINI, THE WITHIN NAMED, BY HANDING TO ANTONELLO BOLDRINI PERSONALLY, AT 81 FROTHINGHAM ST, PITTSTON, PA 18640 IN THE COUNTY OF LUZERNE, STATE OF PENNSYLVANIA, A TRUE AND ATTESTED COPY AND MAKING KNOWN THE CONTENTS THEREOF.

*OK*

DONALD KRESESKI, CORPORAL

11/10/2021   09:30 AM - DONALD KRESESKI, DEPUTY SHERIFF, FOR SHERIFF OF SAID COUNTY, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THAT ON NOVEMBER 10, 2021 AT 9:30 AM, PREVAILING TIME, HE SERVED THE WITHIN COMPLAINT IN EJECTMENT (CIEJ) UPON DANIELE A BOLDRINI AKA DANIELE ARGENTATI BOLDRINI, THE WITHIN NAMED, BY HANDING TO ANTONELLO BOLDRINI, FATHER, THE PERSON FOR THE TIME BEING IN CHARGE AT 81 FROTHINGHAM ST, PITTSTON, PA 18640 IN THE COUNTY OF LUZERNE, STATE OF PENNSYLVANIA, A TRUE AND ATTESTED COPY AND MAKING KNOWN THE CONTENTS THEREOF.

*NOT DEFENDANT OWNER*

DONALD KRESESKI, CORPORAL

11/10/2021   09:30 AM - DONALD KRESESKI, DEPUTY SHERIFF, FOR SHERIFF OF SAID COUNTY, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THAT ON NOVEMBER 10, 2021 AT 9:30 AM, PREVAILING TIME, HE SERVED THE WITHIN COMPLAINT IN EJECTMENT (CIEJ) UPON OCCUPANTS, THE WITHIN NAMED, BY HANDING TO ANTONELLO BOLDRINI, OCCUPANT, THE PERSON FOR THE TIME BEING IN CHARGE AT 81 FROTHINGHAM ST, PITTSTON, PA 18640 IN THE COUNTY OF LUZERNE, STATE OF PENNSYLVANIA, A TRUE AND ATTESTED COPY AND MAKING KNOWN THE CONTENTS THEREOF.

DONALD KRESESKI, CORPORAL

SO ANSWERS,

BRIAN M. SZUMSKI, SHERIFF

November 16, 2021

PROTHONOTARYLUZERNECOUNTY
FILEDNOV17'21PM12:24

(c) CountySuite Sheriff, Teleosoft, Inc.

# SHERIFF'S OFFICE OF LUZERNE COUNTY

**Brian M. Szumski**
*Sheriff*



**Romilda P. Crocamo**
*Acting County Manager*

**Joan Hoggarth**
*Director of Judicial Services & Records*

| LUZERNE COUNTY<br>vs.<br>DANIELE BOLDRINI (et al.) | **Case Number**<br>10570-2021 |
| --- | --- |

## SHERIFF'S RETURN OF SERVICE

10/28/2021    04:06 PM - RYAN FOY, DEPUTY SHERIFF, FOR SHERIFF OF SAID COUNTY, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THAT ON OCTOBER 28, 2021 AT 4:06 PM, PREVAILING TIME, HE SERVED THE WITHIN PETITION TO VOID DEED WITH RULE AND BRIEF UPON DANIELE BOLDRINI, THE WITHIN NAMED, BY HANDING TO ANTONELLO BOLDRINI, FATHER, THE PERSON FOR THE TIME BEING IN CHARGE AT 81 FROTHINGHAM ST, PITTSTON, PA 18640 IN THE COUNTY OF LUZERNE, STATE OF PENNSYLVANIA, A TRUE AND ATTESTED COPY AND MAKING KNOWN THE CONTENTS THEREOF.

RYAN FOY, LIEUTENANT

10/28/2021    04:06 PM - RYAN FOY, DEPUTY SHERIFF, FOR SHERIFF OF SAID COUNTY, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THAT ON OCTOBER 28, 2021 AT 4:06 PM, PREVAILING TIME, HE SERVED THE WITHIN PETITION TO VOID DEED WITH RULE AND BRIEF UPON ANTONELLO BOLDRINI, THE WITHIN NAMED, BY HANDING TO ANTONELLO BOLDRINI PERSONALLY, AT 81 FROTHINGHAM ST, PITTSTON, PA 18640 IN THE COUNTY OF LUZERNE, STATE OF PENNSYLVANIA, A TRUE AND ATTESTED COPY AND MAKING KNOWN THE CONTENTS THEREOF.

RYAN FOY, LIEUTENANT

SO ANSWERS,

November 02, 2021

BRIAN M. SZUMSKI, SHERIFF

PROTHONOTARY LUZERNE COUNTY
FILED NOV 4 '21 AM 11:46

(c) CountySuite Sheriff, Teleosoft, Inc.

| | | | | |
|---|---|---|---|---|
| **Instrument #:** | 4870196 | | **Book:** | 1870 |
| **Recorded Date:** | JAN 1, 0001 | | **Page:** | 914 |
| | 12:00:01 AM | | **Total Pages:** | 7 |
| **Instrument Type:** | MORTGAGES - CONVERTED | | **Parcel Numbers:** | |
| **County:** | LUZERNE | | | |
| **Municipality:** | NO MUNICIPALITY ENTERED | | | |
| **Recording Status:** | VERIFIED | | | |
| Notes: | | | | |

**MORTGAGOR**
NAME NOT ENTERED

**MORTGAGEE**
NAME NOT ENTERED